ACCEPTED
03-14-00257-CV
4675918
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 2:41:21 PM
JEFFREY D. KYLE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/27/2015 2:41:21 PM

JEFFREY D. KYLE
Clerk

March 27, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals, Clerk
P.O. Box 12547
Austin, Texas 78711

> Re: **Court of Appeals No.: 03-14-00257-CV**; *Maverick County, City of Eagle Pass, Maverick County Hospital District, Maverick County Environmental and Public Health Association, and George Baxter v. Railroad Commission of Texas, Dos Republicas Coal Partnership, Camino Real Fuels and North American Coal Company*

Dear Mr. Kyle:

In response to your letter of March 24, 2015, I am writing to notify you that I intend to argue the above-referenced case before the Court at 9:00 a.m. on May 20, 2015, on behalf of Appellee, Railroad Commission of Texas.

Respectfully Submitted,

/s/   Nancy Elizabeth Olinger
Nancy Elizabeth Olinger
Assistant Attorney General
State Bar No. 15254230
Environmental Protection Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR RAILROAD
COMMISSION OF TEXAS

cc:   All counsel of record – *Via E-Service*